

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00040-CR

Isis **WOODS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0809-CR-C
Honorable William D. Old, III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED February 2, 2022.

_____
Liza A. Rodriguez, Justice